# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI JEAN BECKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | Case No. CV 17-02135-JEM<br><br>**JUDGMENT OF REMAND** |

The Court having approved Defendant's Motion to Voluntarily Remand the Case Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment lodged concurrent with the Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for issuance of a favorable decision and an immediate award of benefits.

DATED: October 24, 2017

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE