JAMES P. SHEA (State Bar No. 162483)
LAW OFFICE OF JAMES P. SHEA
5055 Wilshire Blvd., Suite 830
Los Angeles, CA 90036
Telephone: 323-954-9605
Fax: 323-954-9012
E-mail: lawoffice5055@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TERI JEAN BECKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | NO. 2:17-CV-02135 (JEM)<br><br>**[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS ORDERED that EAJA fees and expenses are awarded in the amount of five thousand, five hundred forty eight dollars and ninety four cents ($5,548.94) pursuant to 28 U.S.C. § 2412(d), and costs pursuant to 28 U.S.C. § 1920 in the amount of four hundred dollars and no cents ($400.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: 11/27/2017　　　　＿＿＿＿＿/s/ John E. McDermott＿＿＿＿＿
　　　　　　　　　　　　　　HON. JOHN E. McDERMOTT
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE